

**Peter Sahasrabudhe**
Senior Associate
Direct Dial: 716.848.1508
Psahasra@hodgsonruss.com

October 7, 2025

<u>**Via ECF**</u>

Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    *Patricia S. Hager v. People Inc. et al.*
            Civil No. 1:23-cv-00560-LJV-JJM

Dear Magistrate Judge McCarthy:

    We represent the Defendants in this matter. I am writing on behalf of all parties to advise you that we have reached a settlement in principal. Once the parties have formalized the settlement, we will file a Stipulation of Discontinuance to close out the Court case.

    Thank you for your consideration.

                              Respectfully yours,

                              Peter Sahasrabudhe

cc:    All counsel via ECF